United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:  
TAMEKA B SMITH

Chapter 13

Debtor(s)

Bankruptcy No. 1110488

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this      day of                    , 201_ upon
consideration of the Motion to Dismiss filed by William C. Miller,
Standing Trustee, this case is dismissed, and it is further ORDERED,
that   DANIEL P. MUDRICK                counsel for the debtor,
shall file a master mailing list with the clerk of the Bankruptcy
Court, currently updated (if such has not been previously filed);
and it is further

ORDERED, that any wage orders are hereby VACATED.

5-17-11

Hon. Eric L. Frank
United States Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119

Counsel for Debtor(s)

DANIEL P. MUDRICK
ONE WEST FIRST AVENUE
SUITE 101
CONSHOHOCKEN  PA  19428

Debtor(s)

TAMEKA B SMITH

331 E. MOORE STREET
NORRISTOWN  PA  19401